

FILED

MAY 26 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*la*
*AUSA*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Case No.: '09 MJ 8745 |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Jose Luis ARREDONDO | ) Importation of a Controlled |
| Defendant. | ) Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about May 22, 2009, within the Southern District of California, defendant Jose Luis ARREDONDO, did knowingly and intentionally import approximately 17.30 kilograms (38.06 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Miguel Espinal
Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF MAY 2009.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

DOA 5/22/09

UNITED STATES OF AMERICA

v.

Jose Luis ARREDONDO

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Miguel Espinal, declare under penalty of perjury, the following is true and correct:

On May 22, 2009, at approximately 1830 hours, Jose Luis ARREDONDO applied for entry into the United States at the Calexico, California East Port of Entry. ARREDONDO was the driver and sole occupant of a 1994 Ford Ranger bearing Mexico plate AM42418.

Primary Customs and Border Protection Officer (CBPO) Tolentino received a negative Customs declaration from ARREDONDO. During questioning, ARREDONDO stated he was the registered owner of the vehicle. CBPO Tolentino noticed that ARREDONDO was uneasy. CBPO Tolentino then referred ARREDONDO and the vehicle to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Vega received a negative Customs declaration from ARREDONDO. Customs Enforcement Officer (CEO) Taylor and his assigned canine screened the vehicle. CEO Taylor's canine alerted to drivers side rear tire.

Upon further inspection of the vehicle, CBPO Davis discovered eight (8) packages containing a green leafy substance, which field-tested positive for marijuana. A total of 17.30 kilograms (38.06 pounds) of marijuana was concealed within the rear tires.

ARREDONDO admitted knowledge of the marijuana found in his vehicle. ARREDONDO stated he was going to be paid $1,000 dollars to smuggle the marijuana into the United States.

ARREDONDO was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. ARREDONDO was transported to the Imperial County Jail for processing.

Executed on 05/23/09 2200 hours.

Miguel Espinal, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of __1__ page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 05/01/09 in violation of 21 U.S.C. §§ 952 & 960.

Cathy A. Bencievengo
United States Magistrate Judge

5/23/09 @ 2:38pm
Date/Time